IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIK LYBARGER,
        Petitioner
    v.
KEN CAMERON, WARDEN,
S.C.I. HOUTZDALE,
        Respondent

: Case No. 3:14-cv-40-KRG-KAP

Memorandum Order

Petitioner's motions at docket no. 12 and docket no. 13 were referred to Magistrate Judge Keith A. Pesto in accordance with 28 U.S.C.§ 636(b)(3) and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on August 19, 2014, docket no. 15, recommending that the motions be denied. The petitioner was notified, pursuant to 28 U.S.C.§ 636(b)(1), that he had fourteen days to serve and file written objections to the Report and Recommendation. Plaintiff filed several pleadings and motions at docket no. 16 through docket no. 22 that can be considered objections. Taken together, they are meritless.

Upon de novo review of the record of this matter, the Report and Recommendation, and the objections thereto, the following order is entered:

AND NOW, this 7th day of October, 2014, it is

ORDERED that the motions at docket no. 12, docket no. 13, docket no. 17, and docket no. 18 are denied.

BY THE COURT:

*Kim R. Gibson*

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record and by U.S. Mail to:

Erik Lybarger LB-2565
S.C.I. Houtzdale
P.O. Box 1000
Houtzdale, PA 16698-1000